UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| REYNALDO CULANNAY, *et al.*, | No. C 12-03120 LB |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| FREDDIE MAC FIXED TO FLOATING RATE NON CUMULATIVE PERPETUAL PREFERRED STOCK, *et al.*, | |
| Defendants. | |
| _____/ | |

Defendant Credit Suisse removed this lawsuit from Contra Costa County Superior Court on June 15, 2012. *See* Notice of Removal, ECF No. 1[1]. Credit Suisse attached several documents to the notice of removal, including a copy of Plaintiffs' complaint.[2] *Id.* at 4.

Credit Suisse filed a motion to dismiss on June 21, 2012, *see* Mot. to Dismiss, ECF No. 4, and consented to this court's jurisdiction on June 27, 2012, *see* Consent, ECF No. 8. On July 2, 2012, Plaintiffs Reynaldo and Melba Culannay filed a motion to remand. ECF No. 9.

On July 13, 2012, the court rescheduled the hearing on Credit Suisse's motion to dismiss and Plaintiffs' motion to remand to November 15, 2012. *See* Order, ECF No. 11. The court noted that numerous defendants had not appeared and the docket did not reflect that they had been served.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

[2] Plaintiffs' counsel neither signed nor dated the complaint. *See* ECF No. 1 at 74.

No. C 12-03120 LB
ORDER TO SHOW CAUSE

1   According to the court's calculations, the 120-day period to serve the remaining defendants would
2   expire on October 15, 2012. *Id.*; *see* Fed. R. Civ. P. 4(m) (providing a 120-day period for service).
3   The court directed Plaintiffs to serve each Defendant by October 15, 2012 and to file the related
4   proofs of service by October 18, 2012. *Id.* The court warned Plaintiffs that they risked dismissal
5   without prejudice of their claims against any unserved Defendants. *Id.*

6   On July 19, 2012, Plaintiffs consented to this court's jurisdiction and filed an untimely
7   opposition to Credit Suisse's motion. *See* Opp'n, ECF No. 12; Consent, ECF No. 13.

8   On August 8, 2012, a motion to dismiss and consent was filed by three Defendants: Federal
9   Home Loan Mortgage Corporation, California Reconveyance Company, and JPMorgan Chase Bank,
10  N.A. (appearing as an acquirer of certain assets and liabilities of Washington Mutual Bank from the
11  FDIC acting as a receiver) (collectively, the "JP Morgan Defendants"). *See* Motion to Dismiss, ECF
12  No. 15; Consent, ECF No. 19.

13  Finally, on September 5, 2012, Defendant Deutsche Bank Securities filed a motion to dismiss
14  Plaintiffs' complaint, which Plaintiffs did not oppose. *See* Motion, ECF No. 20; Notice of Non-
15  Opposition, ECF No. 25.

16  Plaintiffs have failed to file any proofs of service, despite the court's ordering them to do so by
17  October 18, 2012 and warning them that they risked dismissal without prejudice of their claims
18  against the unserved Defendants. *See* ECF No. 11. The 120-day period for service has expired and
19  Defendants Freddie Mac Fixed to Floating Rate Non Cumulative Perpetual Preferred Stock,
20  Computer Share Trust Company, N.A., Washington Mutual Bank, FA, Lehman Brothers, Goldman
21  Sachs & Co., Banc of America Securities, LLC, CITI, Morgan Stanley, USB Investment Bank, and
22  Quality Loan Service Corporation, have not appeared, and the docket does not reflect that they have
23  been served. Nor have Plaintiffs moved for an extension of time under Rule 4(m).

24  Accordingly, Plaintiffs are **HEREBY ORDERED TO SHOW CAUSE** why the court should
25  not dismiss Defendants Freddie Mac Fixed to Floating Rate Non Cumulative Perpetual Preferred
26  Stock, Computer Share Trust Company, N.A., Washington Mutual, Bank, FA, Lehman Brothers,
27  Goldman Sachs & Co., Banc of America Securities, LLC, CITI, Morgan Stanley, USB Investment
28  Bank, and Quality Loan Service Corporation without prejudice. Plaintiffs shall file a response to
    this order to show cause by November 6, 2012. If Plaintiffs fail to respond, the court may dismiss

UNITED STATES DISTRICT COURT
For the Northern District of California

1  the previously named Defendants without further notice.  A notice of voluntary dismissal of all of
2  the unserved Defendants pursuant to Rule 41(a)(1)(A)(I) will automatically vacate the order to show
3  cause and terminate the briefing schedule.
4      IT IS SO ORDERED.
5  Dated:  October 30, 2012

                    LAUREL BEELER
                    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

No. C 12-03120 LB
ORDER TO SHOW CAUSE         3